### DUVAL et ux. v. CLARK et al.

### STATE v. DANCIGER et al.

### Nos. 7936, 7937.

Supreme Court of Texas.

Jan. 14, 1942.

PER CURIAM.

In each of the above causes the Court of Civil Appeals has certified certain questions of law to this court. It appears, however, from an examination of the records that each of these cases may lawfully reach this court on application for writ of error. For this reason, and by virtue of the provisions of Rule 461 of the Texas Rules of Civil Procedure, this court declines to allow the questions to be certified. The certificates are dismissed.